IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY GILMORE, : CIVIL ACTION
:
v. :
:
MARILYN J. BROOKS, et al. : NO. 1:04-cv-358

## ORDER

AND NOW, this      day of      , 2005, petitioner's time for filing a brief in support of the amended petition for writ of habeas corpus is extended to October 2, 2005.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
U.S. Magistrate Judge