IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY GILMORE,  : CIVIL ACTION
 :
v.  :
 :
MARILYN J. BROOKS, et al.  : NO. 1:04-cv-358

O R D E R

AND NOW, this           day of              , 2005, petitioner's time for filing a brief in support of the amended petition for writ of habeas corpus is extended to October 2, 2005.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
U.S. Magistrate Judge