IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY GILMORE, | ) | |
| Petitioner | ) | |
| | ) | C.A. NO. 04-358 ERIE |
| v. | ) | |
| | ) | |
| BROOKS, SUPERINTENDENT, | ) | |
| Respondent | ) | |

**ORDER**

And now, this _____ of _____, 2005, it is hereby **ORDERED** tHAT Petitioner Anthony Gilmore's Petition for Writ of Habeas Corpus is **GRANTED**.

BY THE COURT:

_____
HONORABLE SUSAN PARADISE BAXTER
Chief United States Magistrate Judge