EXHIBIT "A"

To whom this may concern

My name is Juanita Correa. and I'm writing in regards to the following persons: Anthony Gilmore, John Leggett and Stevie McNeil.

These three men were charged with a thanksgiving day shooting that took place on November 26, 1998 at 357 E. 10th This crime left a man by the name of Willie Torres injured also why wood we do that he is a freind of Juanita Correa's

I know Anthony Gilmore did not commit this crime He and two other men (John Leggett, Stevie McNeil) were convicted of.

Myself (Juanita Correa) and Krissy Corder, and Robert Lipscomb was with Anthony Gilmore. He was not at 357 E. 10 at the time of any shooting

I Juanita Correa, Anthony Gilmore, Crissy Corder and Robert Lipscomb were together at Tiffany Lyon house when this crim took place

*Juanita Correa*      *Cheryl L Kita*

Notarial Seal
Cheryl L. Kita, Notary Public
City of Erie, Erie County
My Commission Expires July 9, 2009

Member, Pennsylvania Association of Notaries