EXHIBIT "B"

To Attorney

I am writing in regards to the pending charges against the following: Anthony Gilmore, Steven McNeil and John Leggett. These men are innocent of the crime they are accused. A friend of mine Randy Petty told me who committed the crime. He also stated "It was messed up them boys from Chicago in jail for nothing." Referring to Anthony Gilmore, Steven McNeil and John Legett. He then stated to me the names of guys who alledgely committed the crime. They are Terrence Porter, and Justin Gilmore. These were the only names he said and stated they robbed mr. Torres for (6) six ounces of cocaine. The men you have detained for this crime aren't the real suspects in this crime. Terrence Porter and Justin Gilmore are.

Respectfully Submitted
Kenneth Thompson
Kenneth Thompson
5-3-99

422 W 10th Apt 4
814-480-8176

Sworn to and subscribed before me
this 3 day of May 1999

Notarial Seal
David Robert Rodrigues, Notary Public
Erie, Erie County
My Commission Expires July 20, 2000
Member, Pennsylvania Association of Notaries

To Attorney:

I am writing in regards to criminal charges against the following; Anthony Gilmore, Steven McNeil and John Leggett. These men are innocent of the crime they were convicted for. A friend of mine Randy Petty stated to me who committed the crime. He also stated "It's messed up them boys from Chicago are in jail for nothing." Referring to Anthony Gilmore, Steven McNeil and John Leggett.

He then stated to me the names of the men who committed the crime. He said "they robbed him for 6 ounces of powder (cocaine). The men incarcerated for this crime are not guilty.

Respectfully Submitted,

Kenneth Thompson

*William J. Chancellor*

NOTARIAL SEAL
WILLIAM J. CHANCELLOR, Notary Public
Camp Hill, Cumberland County
My Commission Expires March 25, 2002

01-17-01

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GILMORE,<br>    Petitioner<br><br>v.<br><br>BROOKS, SUPERINTENDENT,<br>    Respondent | C.A. NO. 04-358 ERIE |

## CERTIFICATE OF SERVICE

I, Anthony Gilmore, do hereby certify that on the 6th day of September, 2005, a true and correct copy of Petitioner's Memorandum of Law In Support of his Amended Petition for Writ of Habeas Corpus was served upon the following individual by first-class mail:

    Office of the District Attorney
    Raquel L. Cross, Esquire, ADA
    Erie County Court House, Room 301
    Erie, PA. 16501

    /s/ Anthony Gilmore
    Anthony Gilmore

Mr. Anthony Gilmore
SCI Albion
Inmate No. EB-8234
10745 Route 18
Albion, PA 16475-0002

September 6, 2005

Clerk of Court
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, PA 16501

Re: Anthony Gilmore v. Brooks, et al.
Civil Action No. 04-358 Erie (W.D. PA)
§2254 Habeas Corpus Matter

Dear Clerk:

Enclosed and for filing in the above-referenced case, please find Anthony Gilmore's Memorandum of Law in Support of his Amended Petition for Writ of Habeas Corpus. By copy of this letter, counsel for the Commonwealth has been served with a copy of the foregoing.

Respectfully yours,

Anthony Gilmore, pro se.

AG/
Enclosure
cc: Raquel L. Cross, ADA