IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GILMORE,<br>    Petitioner<br><br>v.<br><br>BROOKS, SUPERINTENDENT,<br>    Respondent | C.A. NO. 04-358 ERIE |

### ORDER

And now, this _____ of _____, 2005, it is hereby **ORDERED** tHAT Petitioner Anthony Gilmore's Petition for Writ of Habeas Corpus is **GRANTED**.

BY THE COURT:

_____
HONORABLE SUSAN PARADISE BAXTER
Chief United States Magistrate Judge