IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GILMORE,<br>    Petitioner<br><br>    v.<br><br>MARILYN S. BROOKS, SUPERINTENDENT<br>OF THE STATE CORRECTIONAL<br>INSTITUTE AT ALBION,<br>    Respondent<br>And<br>BRADLEY FAULK, DISTRICT ATTORNEY<br>FOR ERIE COUNTY, AND THOMAS<br>CORBETT, ATTORNEY GENERAL OF THE<br>THE COMMONWEALTH OF PENNSYLVANIA,<br>    Additional Respondents | :<br>:<br>: Civil Action No. 04-358E<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## O R D E R

AND NOW, this       day of              , 2006, upon careful consideration of Petitioner Anthony Gilmore's Objections to the Magistrate's Report and Recommendation, the Magistrate's Report and Recommendation, and there having been no objections filed by Respondents as to Petitioner's request to amend his § 2254 habeas petition, his amended habeas petition, nor his multiple request for additional time to file a brief in support of said petition, **IT IS HEREBY ORDERED** that Petitioner Anthony Gilmore's Objections to the Magistrate's Report and Recommendation are **SUSTAINED**.

**IT IS FURTHER ORDERED** that:

1. The matter be remanded back to the magistrate judge. Upon remand an evidentiary hearing shall be

scheduled for purposes of determining the instant petition's timeliness;

   2. counsel shall be appointed to represent Petitioner Gilmore during the proceedings; and

   3. thereafter, the magistrate judge shall issue a new report and recommendation addressing each of Petitioner Gilmore's claims.

   **IT IS SO ORDERED.**

                                    BY THE COURT


                                    _____
                                    Sean J. McLaughlin, J.
                                    United States District Judge

Distribution:
Anthony Gilmore                     Raquel L. Cross, Esquire, ADA
Inmate No. EB-8234                  Office of the District Attorney
SCI Albion                          Erie County Courthouse
10745 Route 18                      140 West 6th Street
Albion, PA 16475-0002               Erie, PA 16501


The Honorable Susan Paradise Baxter,
Chief U.S. Magistrate Judge