Name: Anthony H. [illegible]
Number: EP-8234
10745 RT. 18
ALBION, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

Clerk of Courts
Erie County Courthouse
140 W. 6th Street
Erie, PA 16501

RECEIVED
MAR 23 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

$01.35 US POSTAGE
MAR 20 2006
MAILED FROM ZIP CODE 16401