Name: Anthony Alberni
Number: EG-8234
10745 RT. 18
ALBION, PA 16475-0002

Clerk of The Courts
Erie County CourtHouse
140 West 6th Street
Erie pa. 16501

RECEIVED

OCT - 1 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
$ 01.3
MAILED FROM ZIP CODE

ERIE COUNTY PROTHONOTARY
140 West 6th St., Rm. 120
Erie, PA 16501



U.S. District Court
Clerk of Court
17 South Park Row
Erie, PA 16501

