## NOTICE OF APPEAL

### U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT, WESTERN DISTRICT, PENNSYLVANIA

CIRCUIT COURT

DOCKET NO. 04-358

**FULL CAPTION IN DISTRICT COURT
APPEARS AS FOLLOWS:**
ANTHONY GILMORE,

      v.

MARILYN S. BROOKS, SUPERINTENDENT
OF THE STATE CORRECTIONAL INSTITUTE
AT ALBION,
And
BRADLEY FAULK, DISTRICT ATTORNEY FOR
ERIE COUNTY, PENNSYLVANIA, AND
THOMAS CORBETT, ATTORNEY GENERAL
FOR PENNSYLVANIA,

    Notice is hereby given that Anthony Gilmore, appeals to the United States Court of Appeals for the Third Circuit from the final judgement entered in this action on March 27, 2006.

DATED:  March 30, 2006

*Anthony Gilmore*
ANTHONY GILMORE
INMATE NO. EB-8234
SCI ALBION
10745 ROUTE 18
ALBION, PA 16475-0002

RAQUEL L. CROSS, ESQUIRE
OFFICE OF THE DISTRICT
ATTORNEY
ERIE COUNTY COURTHOUSE
140 WEST 6th STREET
ERIE, PA 16501
(717) 780-6767

```
          IN THE UNITED STATES COURT OF APPEALS
                  FOR THE THIRD CIRCUIT
```

ANTHONY GILMORE,                          :   CIVIL DIVISION
    Plaintiff                          :
                                       :   Civil Action No. 04-358E
    v.                                 :   (M.D.Pa. No.         )
                                       :
MARILYN S. BROOKS, SUPERINTENDENT,         :
STATE CORRECTIONAL INSTITUTE AT            :
ALBION,                                   :
    Defendant                          :
And                                       :
BRADLEY FAULK, DISTRICT ATTORNEY           :
FOR ERIE COUNTY, PENNSYLVANIA, AND         :
THOMAS CORBETT, ATTORNEY GENERAL           :
FOR PENNSYLVANIA,                          :
    Additional Defendants              :

### ORDER

**AND NOW**, this _____ day of _____, 2006, upon consideration of Plaintiff Anhony Gilmore's Application for Leave to Proceed In Forma Pauperis on Appeal, IT IS HEREBY ORDERED that the Application is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Courts shall enter an Order which shall reflect:

1. The applicant may proceed on appeal without payment of cost and/or fees, or necessity of giving security therefore, unless prepayment has already been paid, in which case, it should be refunded.

                                        BY THE COURT:

                                        _____
                                        THE HONORABLE
                                        UNITED STATES CIRCUIT JUDGE