IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| ANTHONY GILMORE,<br>    Petitioner<br><br>    v.<br><br>MARILYN S. BROOKS, SUPERINTENDENT,<br>STATE CORRECTIONAL INSTITUTE AT<br>ALBION,<br>    Respondent<br>And<br>BRADLEY FAULK, DISTRICT ATTORNEY<br>FOR ERIE COUNTY, PENNSYLVANIA, AND<br>THOMAS CORBETT, ATTORNEY GENERAL<br>FOR PENNSYLVANIA,<br>    Additional Respondents | : CIVIL DIVISION<br>:<br>: Civil Action No. 04-358E<br>: (M.D.Pa. No.       )<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PETITIONER ANTHONY GILMORE'S APPLICATION FOR LEAVE
TO PROCEED IN FORMA PAUPERIS ON CERTIFICATE OF APPEALABALITY**

    AND NOW, comes Anthony Gilmore, pro se, the Petitioner in the above-entitled proceeding, and request leave to proceed in forma pauperis on certificate of appealability, and in support avers:

    1. I am the Petitioner in the above-entitled matter, and that I am indigent as defined by law.

    2. Because of my poverty I am unable to prepay or to pay the fees and cost associated with this proceeding, or to give security therefore.

    3. I believe I am entitled to relief because I am indigent.

    4. The issues I intend to present on appeal are briefly stated as follows:

I.   PETITIONER IS ACTUALLY INNOCENT OF THE OFFENSES FOR WHICH HE WAS CONVICTED, AND HIS CLAIM IS THEREFORE NOT SUBJECT TO THE ONE-YEAR LIMITATION PERIOD UNDER 28 U.S.C. § 2244(d) OF THE ANTITERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996, Pub. L. No. 104-132, 110 Stat. 1214 (1996), Effective April 24, 1996.

A.   PETITIONER'S CLAIM OF INNOCENCE IS BOTH PROCEDURAL AND SUBSTANTIVE, IMPLICATES A FUNDAMENTAL MISCARRIAGE OF JUSTICE, AND IS PREDICATED ON EVIDENCE NOT ADDUCED AT TRIAL COUPLED WITH A CONTENTION THAT BOTH HIS TRIAL AND APPELLATE COUNSEL RENDERED INEFFECTIVE ASSISTANCE IN VIOLATION OF THE SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

### AFFIDAVIT IN SUPPORT OF REQUEST FOR IN FORMA PAUPERIS STATUS

In further support of this application, Petitioner Gilmore answers the following:

1. I have no spouse.

2. Aside from my prison work detail, I am not employed.

3. My last job was N/A

4. In the last twelve (12) months I have received no money from any of the below sources:

   a. Business, profession, or any form of self employment;
   b. Rent payments, interest, or dividens;
   c. Pension, annuities, or life insurance payments;
   d. inheritance, or other sources such as welfare, social security, or unemployment.  See Prison Certification Form attached for gifts.

5. I have the following amount of monies credited to my prison _____.

6. I have no checking accounts

- 2 -

7. I neither own nor have interest in real estate, stocks, bonds, notes, automobiles, or other valuables.

8. I have no persons dependent upon me.

9. No persons, businesses, or other organizations owe me money.

10. I have no average monthly expenses.

11. I expect no changes in income, expenses, assets or liabilities in the next twelve (12) months.

12. With the exception of copying and postage fees, I do not plan on paying anyone any money for services, including preparation and completion of this form, in connection with this appeal.

13. The only additional information I can provide that can be useful in determining this application at this time is the certified prison accounting statement/affidavit attached hereto.

I declare under penalty that the foregoing is true and correct, and that because of my poverty I am unable to pay the fees, cost, and security associated with this appeal, and that I am entitled to redress under United States law. 28 U.S.C. § 1621.

_Anthony Gilmore_    27    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
Signature            Age   Social Security No.
Anthony Gilmore
Inmate No. EB-8234
SCI ALBION
10745 ROUTE 18
ALBION, PA 16475-0002

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ANTHONY GILMORE,                          :  CIVIL DIVISION
    Petitioner                            :
                                          :  Civil Action No. 04-358E
    v.                                    :  (M.D.Pa. No.         )
                                          :
MARILYN S. BROOKS, SUPERINTENDENT,         :
STATE CORRECTIONAL INSTITUTE AT           :
ALBION,                                   :
    Respondent                            :
And                                       :
BRADLEY FAULK, DISTRICT ATTORNEY           :
FOR ERIE COUNTY, PENNSYLVANIA, AND         :
THOMAS CORBETT, ATTORNEY GENERAL           :
FOR PENNSYLVANIA,                         :
    Additional Respondents                :

### CERTIFICATE OF SERVICE

    I, Anthony Gilmore, hereby certify that on March 31, 2006, a copy of the foregoing Notice of Appeal and Application for Leave to Proceed In Forma Pauperis on Certificate of Appealability was served by placing same, first class postage prepaid, in the United States Mail addressed to:

        RAQUEL L. CROSS, ESQUIRE, ADA
        OFFICE OF THE DISTRICT ATTORNEY
        ERIE COUNTY COURTHOUSE
        140 WEST 6th STREET
        ERIE, PA 16501

                    /s/ Anthony Gilmore
                    ANTHONY GILMORE

## CERTIFICATION

I, _Sandra L. Gorniak_, hereby certify that the Applicant, Anthony Gilmore, Inmate No. EB-8234, an inmate confined here at the State Correctional Institute at Albion, Pennsylvania, has the sum total of $_63.54_ on his prison account to his credit at this institution.

I further certify that the Applicant, James E. Holden, likewise has the following securities to his credit according to said institute's records. _unknown_ _____.

DATED ~~March~~, 2006.
April 4, 2006

s/ _Sandra L. Gorniak_
Authorized Officer of
the State Correctional
Institute at Albion

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM         RUN      IAS410
BUREAU OF DATA PROCESSING         ACCOUNT STATEMENT             DATE   4/04/2006
REMOTE PRINT TIME 10:35                                         PAGE         1

                                                       CURR. INST    SC1A5
                                                       ACCT. STATUS  OPEN

   INMATE    NAME
   NUMBER    LAST            FIRST            MI                         OLD BALANCE

   EB8234    GILMORE         ANTHONY                                          15.71

BATCH    DATE                                         TRANSACTION  BALANCE AFTER
  #    MO DY YEAR    TRANSACTION DESCRIPTION             AMOUNT     TRANSACTION

 2920  02-14-2006  13  PERSONAL GIFT FROM
                       MARTINEZ, MILDRED    H880805        50.00         65.71
 2924  02-14-2006  44  ORGANIZATIONAL
                       C.E.O. BAKE SALE                   -8.50          57.21
 2992  02-21-2006  37  POSTAGE
                                                           -.24          56.97
 8052  02-21-2006  32  ALB COMMISSARY
                       FOR   2/21/2006                   -38.98          17.99
 9055  02-24-2006  10  INMATE EMPLOYMENT
                       ALB PAYROLL 2006 - 01 GRP 4        32.40          50.39
 9055  02-24-2006  10  INMATE EMPLOYMENT
                       ALB PAYROLL 2006 - 01 GRP 4         8.00          58.39
 8059  02-28-2006  32  ALB COMMISSARY
                       FOR   2/28/2006                   -38.54          19.85
 8065  03-06-2006  32  ALB COMMISSARY
                       FOR   3/06/2006                    -7.06          12.79
 3189  03-13-2006  13  PERSONAL GIFT FROM
                       MARTINEZ, MILDRED    H883127        50.00         62.79
 3197  03-13-2006  44  ORGANIZATIONAL
                       C.E.O. BAKE SALE                  -10.00          52.79
 8072  03-13-2006  32  ALB COMMISSARY
                       FOR   3/13/2006                   -25.50          27.29
 3219  03-14-2006  13  PERSONAL GIFT FROM
                       MARTINEZ, MILDRED    H880663        50.00         77.29
 3283  03-20-2006  37  POSTAGE
                                                          -1.35          75.94
 3283  03-20-2006  37  POSTAGE
                                                          -1.35          74.59
 3283  03-20-2006  37  POSTAGE
                                                          -1.35          73.24
 8079  03-20-2006  32  ALB COMMISSARY
                       FOR   3/20/2006                   -34.39          38.85
 9081  03-22-2006  10  INMATE EMPLOYMENT
                       ALB PAYROLL 2006 - 02 GRP 4        32.40          71.25
 9081  03-22-2006  10  INMATE EMPLOYMENT
                       ALB PAYROLL 2006 - 02 GRP 4         8.38          79.63
 8086  03-27-2006  32  ALB COMMISSARY
                       FOR   3/27/2006                   -16.09          63.54

              NEW BALANCE AS OF 04-04-2006 ---------------->              63.54
```