Anthony Gilmore
Inmate No. EB-8234
SCI ALBION
10745 ROUTE 18
ALBION, PA 16475-0002

March 31, 2006

Office of the Clerk
U.S. District Court -
Western District
P.O. Box 1820
Erie, PA 16507

RE: Anthony Gilmore v. Brooks, Superintendent,
Civil Action No.          -358 Erie

Dear Clerk:

Enclosed herewith and for filing with the Court in the above-entitled matter, please find the originals and three (3) copies of : (1) Petitioner Anthony Gilmore's Notice of Appeal from the final judgement entered in this action on March 27, 2006, and (2) Petitioner's Application for Leave to Proceed In Forma Pauperis on Petition for Certificate of Appealability. Copies have been served on Respondents and in the manner indicated by the Certificate of Service. Kindly file same.

Very truly yours, Anthony Gilmore

Anthony Gilmore, pro se

AG/cxg
Enclosure

cc: Raquel L. Cross, Esquire, ADA
File

Case Number 1:04-cv-35

Anthony Gilmore
EB-8234
SCI Albion
10745 Route 18
Albion, Pa. 16475-0002

United States District Court
Western District of Pennsylvania
U.S. Court House, Room A250
17 South Park Row
Erie, Pa. 16501

October 28, 2007

Here are the Documents referenced as Appendix A, B, and C, that were not attached.

Sincerely Anthony Gilmore