RECEIVED

OCT 30 2007

CLERK U.S. DIST. COURT
WEST DIST. OF PENNSYLVANIA