# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT, WESTERN DISTRICT, PENNSYLVANIA

CIRCUIT COURT
DOCKET NO. 04-358 Erie

FULL CAPTION IN DISTRICT COURT
APPEARS AS FOLLOWS:
ANTHONY GILMORE,

    v.

MARILYN S. BROOKS, SUPERINTENDENT
OF THE STATE CORRECTIONAL INSTITUTE
AT ALBION,
And
BRADLEY FAULK, DISTRICT ATTORNEY FOR
ERIE COUNTY, PENNSYLVANIA, AND
THOMAS CORBETT, ATTORNEY GENERAL
FOR PENNSYLVANIA,

**FILED**

MAR 3 0 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

    Notice is hereby given that Anthony Gilmore, appeals to the United States Court of Appeals for the Third Circuit from the final judgement entered in this action on March 27, 2006.

DATED: March 30, 2006

*Anthony Gilmore*
ANTHONY GILMORE
INMATE NO. EB-8234
SCI ALBION
10745 ROUTE 18
ALBION, PA 16475-0002

RAQUEL L. CROSS, ESQUIRE
OFFICE OF THE DISTRICT
ATTORNEY
ERIE COUNTY COURTHOUSE
140 WEST 6th STREET
ERIE, PA 16501
(717) 780-6767

Anthony Gilmore
Inmate No. EB-8234
SCI ALBION
10745 ROUTE 18
ALBION, PA 16475-0002

March 31, 2006

Office of the Clerk
U.S. District Court -
Western District
P.O. Box 1820
Erie, PA 16507

RE: Anthony Gilmore v. Brooks, Superintendent,
Civil Action No. ___-___-358 Erie

Dear Clerk:

Enclosed herewith and for filing with the Court in the above-entitled matter, please find the originals and three (3) copies of : (1) Petitioner Anthony Gilmore's Notice of Appeal from the final judgement entered in this action on March 27, 2006, and (2) Petitioner's Application for Leave to Proceed In Forma Pauperis on Petition for Certificate of Appealability. Copies have been served on Respondents and in the manner indicated by the Certificate of Service. Kindly file same.

Very truly yours, Anthony Gilmore

Anthony Gilmore, pro se

AG/cxg
Enclosure

cc: Raquel L. Cross, Esquire, ADA
File