IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ANTHONY GILMORE,
    Petitioner

v.

MARILYN S. BROOKS, SUPERINTENDENT,
STATE CORRECTIONAL INSTITUTE AT
ALBION,
    Respondent
And
BRADLEY FAULK, DISTRICT ATTORNEY
FOR ERIE COUNTY, PENNSYLVANIA, AND
THOMAS CORBETT, ATTORNEY GENERAL
FOR PENNSYLVANIA,
    Additional Respondents

: CIVIL DIVISION
:
: Civil Action No. 04-358E
: (M.D.Pa. No.            )

**FILED**

MAR 3 0 2006

CLERK U.S. DISTRICT COURT
WST. DIST. OF PENNSYLVANIA

**PETITIONER ANTHONY GILMORE'S APPLICATION FOR LEAVE
TO PROCEED IN FORMA PAUPERIS ON CERTIFICATE OF APPEALABILITY**

    AND NOW, comes Anthony Gilmore, pro se, the Petitioner in the above-entitled proceeding, and request leave to proceed in forma pauperis on certificate of appealability, and in support avers:

    1. I am the Petitioner in the above-entitled matter, and that I am indigent as defined by law.

    2. Because of my poverty I am unable to prepay or to pay the fees and cost associated with this proceeding, or to give security therefore.

    3. I believe I am entitled to relief because I am indigent.

    4. The issues I intend to present on appeal are briefly stated as follows:

I.   PETITIONER IS ACTUALLY INNOCENT OF THE OFFENSES FOR WHICH HE WAS CONVICTED, AND HIS CLAIM IS THEREFORE NOT SUBJECT TO THE ONE-YEAR LIMITATION PERIOD UNDER 28 U.S.C. § 2244(d) OF THE ANTITERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996, Pub. L. No. 104-132, 110 Stat. 1214 (1996), Effective April 24, 1996.

A.   PETITIONER'S CLAIM OF INNOCENCE IS BOTH PROCEDURAL AND SUBSTANTIVE, IMPLICATES A FUNDAMENTAL MISCARRIAGE OF JUSTICE, AND IS PREDICATED ON EVIDENCE NOT ADDUCED AT TRIAL COUPLED WITH A CONTENTION THAT BOTH HIS TRIAL AND APPELLATE COUNSEL RENDERED INEFFECTIVE ASSISTANCE IN VIOLATION OF THE SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

**AFFIDAVIT IN SUPPORT OF REQUEST**
**FOR IN FORMA PAUPERIS STATUS**

In further support of this application, Petitioner Gilmore answers the following:

1. I have no spouse.

2. Aside from my prison work detail, I am not employed.

3. My last job was N/A

4. In the last twelve (12) months I have received no money from any of the below sources:

   a. Business, profession, or any form of self employment;
   b. Rent payments, interest, or dividens;
   c. Pension, annuities, or life insurance payments;
   d. Inheritance, or other sources such as welfare, social security, or unemployment. See Prison Certification Form attached for gifts.

5. I have the following amount of monies credited to my prison _____.

6. I have no checking accounts

- 2 -

7. I neither own nor have interest in real estate, stocks, bonds, notes, automobiles, or other valuables.

8. I have no persons dependent upon me.

9. No persons, businesses, or other organizations owe me money.

10. I have no average monthly expenses.

11. I expect no changes in income, expenses, assets or liabilities in the next twelve (12) months.

12. With the exception of copying and postage fees, I do not plan on paying anyone any money for services, including preparation and completion of this form, in connection with this appeal.

13. The only additional information I can provide that can be useful in determining this application at this time is the certified prison accounting statement/affidavit attached hereto.

I declare under penalty that the foregoing is true and correct, and that because of my poverty I am unable to pay the fees, cost, and security associated with this appeal, and that I am entitled to redress under United States law. 28 U.S.C. § 1621.

_Anthony Gilmore_    27    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
Signature           Age   Social Security No.
Anthony Gilmore
Inmate No. EB-8234
SCI ALBION
10745 ROUTE 18
ALBION, PA 16475-0002

- 3 -

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ANTHONY GILMORE,  :  CIVIL DIVISION
    Petitioner  :
      :  Civil Action No. 04-358E
v.  :  (M.D.Pa. No.           )
      :
MARILYN S. BROOKS, SUPERINTENDENT,  :
STATE CORRECTIONAL INSTITUTE AT  :
ALBION,  :
    Respondent  :
And  :
BRADLEY FAULK, DISTRICT ATTORNEY  :
FOR ERIE COUNTY, PENNSYLVANIA, AND  :
THOMAS CORBETT, ATTORNEY GENERAL  :
FOR PENNSYLVANIA,  :
    Additional Respondents  :

### CERTIFICATE OF SERVICE

I, Anthony Gilmore, hereby certify that on March 31, 2006, a copy of the foregoing Notice of Appeal and Application for Leave to Proceed In Forma Pauperis on Certificate of Appealability was served by placing same, first class postage prepaid, in the United States Mail addressed to:

    RAQUEL L. CROSS, ESQUIRE, ADA
    OFFICE OF THE DISTRICT ATTORNEY
    ERIE COUNTY COURTHOUSE
    140 WEST 6th STREET
    ERIE, PA 16501

    _/s/ Anthony Gilmore_
    ANTHONY GILMORE

## CERTIFICATION

I, _Sandra L. Gorniak_, hereby certify that the Applicant, Anthony Gilmore, Inmate No. EB-8234, an inmate confined here at the State Correctional Institute at Albion, Pennsylvania, has the sum total of $63.54 on his prison account to his credit at this institution.

I further certify that the Applicant, James E. Holden, likewise has the following securities to his credit according to said institute's records. _unknown_

DATED  ~~March~~, 2006.
       April 4, 2006

s/ _Sandra L. Gorniak_
Authorized Officer of
the State Correctional
Institute at Albion

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM              RUN         IAS410
BUREAU OF DATA PROCESSING           ACCOUNT STATEMENT                DATE     4/04/2006
REMOTE PRINT TIME 10:35                                              PAGE              1

                                                              CURR. INST    SCIA5
                                                              ACCT. STATUS  OPEN
```

| INMATE NUMBER | NAME LAST | FIRST | MI | OLD BALANCE |
|---|---|---|---|---|
| EB8234 | GILMORE | ANTHONY | | 15.71 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 2920 | 02-14-2006 | 13 | PERSONAL GIFT FROM MARTINEZ, MILDRED | H880805 | 50.00 | 65.71 |
| 2924 | 02-14-2006 | 44 | ORGANIZATIONAL C.E.O. BAKE SALE | | -8.50 | 57.21 |
| 2992 | 02-21-2006 | 37 | POSTAGE | | -.24 | 56.97 |
| 8052 | 02-21-2006 | 32 | ALB COMMISSARY FOR 2/21/2006 | | -38.98 | 17.99 |
| 9055 | 02-24-2006 | 10 | INMATE EMPLOYMENT ALB PAYROLL 2006 - 01 GRP 4 | | 32.40 | 50.39 |
| 9055 | 02-24-2006 | 10 | INMATE EMPLOYMENT ALB PAYROLL 2006 - 01 GRP 4 | | 8.00 | 58.39 |
| 8059 | 02-28-2006 | 32 | ALB COMMISSARY FOR 2/28/2006 | | -38.54 | 19.85 |
| 8065 | 03-06-2006 | 32 | ALB COMMISSARY FOR 3/06/2006 | | -7.06 | 12.79 |
| 3189 | 03-13-2006 | 13 | PERSONAL GIFT FROM MARTINEZ, MILDRED | H883127 | 50.00 | 62.79 |
| 3197 | 03-13-2006 | 44 | ORGANIZATIONAL C.E.O. BAKE SALE | | -10.00 | 52.79 |
| 8072 | 03-13-2006 | 32 | ALB COMMISSARY FOR 3/13/2006 | | -25.50 | 27.29 |
| 3219 | 03-14-2006 | 13 | PERSONAL GIFT FROM MARTINEZ, MILDRED | H880663 | 50.00 | 77.29 |
| 3283 | 03-20-2006 | 37 | POSTAGE | | -1.35 | 75.94 |
| 3283 | 03-20-2006 | 37 | POSTAGE | | -1.35 | 74.59 |
| 3283 | 03-20-2006 | 37 | POSTAGE | | -1.35 | 73.24 |
| 8079 | 03-20-2006 | 32 | ALB COMMISSARY FOR 3/20/2006 | | -34.39 | 38.85 |
| 9081 | 03-22-2006 | 10 | INMATE EMPLOYMENT ALB PAYROLL 2006 - 02 GRP 4 | | 32.40 | 71.25 |
| 9081 | 03-22-2006 | 10 | INMATE EMPLOYMENT ALB PAYROLL 2006 - 02 GRP 4 | | 8.38 | 79.63 |
| 8086 | 03-27-2006 | 32 | ALB COMMISSARY FOR 3/27/2006 | | -16.09 | 63.54 |

```
                    NEW BALANCE AS OF 04-04-2006 ----------------->        63.54
```

```
                              Anthony Gilmore
                              Inmate No. EB-8234
                              SCI ALBION
                              10745 ROUTE 18
                              ALBION, PA 16475-0002
```

March 31, 2006

Office of the Clerk
U.S. District Court -
Western District
P.O. Box 1820
Erie, PA 16507

      RE:  Anthony Gilmore v. Brooks, Superintendent,
            <u>Civil Action No.           -358 Erie</u>

Dear Clerk:

    Enclosed herewith and for filing with the Court in the above-entitled matter, please find the originals and three (3) copies of : (1) Petitioner Anthony Gilmore's Notice of Appeal from the final judgement entered in this action on March 27, 2006, and (2) Petitioner's Application for Leave to Proceed In Forma Pauperis on Petition for Certificate of Appealability. Copies have been served on Respondents and in the manner indicated by the Certificate of Service. Kindly file same.

                                              Very truly yours,  *Anthony Gilmore*

                                                      Anthony Gilmore, pro se

AG/cxg
Enclosure

cc:  Raquel L. Cross, Esquire, ADA
File

Anthony Gilmore
EB-8234
SCI Albion
10745 Route 18
Albion, Pa. 16475-0002

Case Number 1:04-cv-35

United States District Court
Western District of Pennsylvania
U.S. Court House, Room A250
17 South Park Row
Erie, Pa. 16501

October 28, 2007

Here are the Documents referenced as Appendix A, B, and C, that were not attached.

Sincerely Anthony Gilmore

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| ANTHONY GILMORE,<br>    Plaintiff<br><br>v.<br><br>MARILYN S. BROOKS, SUPERINTENDENT,<br>STATE CORRECTIONAL INSTITUTE AT<br>ALBION,<br>    Defendant<br>And<br>BRADLEY FAULK, DISTRICT ATTORNEY<br>FOR ERIE COUNTY, PENNSYLVANIA, AND<br>THOMAS CORBETT, ATTORNEY GENERAL<br>FOR PENNSYLVANIA,<br>    Additional Defendants | : CIVIL DIVISION<br>:<br>: Civil Action No. 04-358E<br>: (M.D.Pa. No.          )<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this      day of          , 2006, upon consideration of Plaintiff Anhony Gilmore's Application for Leave to Proceed In Forma Pauperis on Appeal, IT IS HEREBY ORDERED that the Application is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Courts shall enter an Order which shall reflect:

1. The applicant may proceed on appeal without payment of cost and/or fees, or necessity of giving security therefore, unless prepayment has already been paid, in which case, it should be refunded.

                                              BY THE COURT:

                                              _____
                                              THE HONORABLE
                                              UNITED STATES CIRCUIT JUDGE