IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY GILMORE,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )    CA 04-358 ERIE<br>) |
| MARILYN S. BROOKS,<br>SUPERINTENDENT, et al.,<br>    Defendants. | )<br>)<br>) |

## **O R D E R**

AND NOW this 7th day of November, 2007, upon consideration of the Plaintiff's MOTION for Leave to Appeal in forma pauperis (Document #21)

IT IS HEREBY ORDERED that said Motion is GRANTED

 

_____

Sean J. McLaughlin
United States District Judge