UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

" IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: November 14, 2007

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106



IN RE: GILMORE
WESTERN DIST. OF PA NO. 04-358 ERIE
U.S.C.A. NO.

Dear Ms. Waldron:

Enclosed please find:

|  |  |
|---|---|
| — | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| xx | Actual Record. |
| — | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| — | Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries. |

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

RECEIVED
NOV 21 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _Susan Parmeter_
Susan D. Parmeter
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY _[signature]_ DATE 11/19/07